AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:16-mj-00071-NJK |
| | ) | |
| WILLA DAVIS | ) | Charging District:   Northern District of Georgia |
| _Defendant_ | ) | Charging District's Case No.   1:16-cr-0015-AT-JSA |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | NORTHERN DISTRICT OF GEORGIA (Atlanta Division) (AS ORDERED) | Courtroom No.:  AS ORDERED |
|---|---|---|
| | | Date and Time:  AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:      January 21, 2016

_____
_Judge's signature_

NANCY J. KOPPE, U.S. Magistrate Judge
_Printed name and title_



_ x _ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

          JAN 21, 2016

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY